# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conti, Joy Flowers | U.S. District Court WDPA | 07/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2011<br>to<br>12/31/2011 |

**5b.** ☑ Amended Report

**7. Chambers or Office Address**

5250 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | W. Edward Sell American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 07/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Ross, Sinclaire & Associates, LLC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Littler Mendelson PC | April 6-9, 2011 | Phoenix, AZ | 2011 Executive Employer Conference | Food, Lodging, Transportation, Parking |
| 2. | Allegheny County Bar Association | June 16-17, 2011 | Champion, PA | Allegheny County Bench Bar Conference | Food, Lodging, Conference Registration |
| 3. | Academy of Trial Lawyers of Allegheny County | October 5-7, 2011 | Farmington, PA | Annual Masters of Trial Advocacy Retreat | Food, Lodging |
| 4. | National Conference of Bankruptcy Judges | October 11-14, 2011 | Tampa, FL | Annual National Conference of Bankruptcy Judges | Food, Lodging. Transportation, Parking |
| 5. | Georgetown University Law Center | November 17-18, 2011 | Washington, DC | Advanced eDiscovery Institute | Food, Lodging, Transportation, Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 07/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. -Neoprobe Corp Stock | | None | J | T | Sold (part) | 06/08/11 | J | D | |
| 3. | | | | | Sold (part) | 06/15/11 | J | D | |
| 4. -Federated PA Muni Service (Money Market) (Name Change) | A | Dividend | J | T | | | | | |
| 5. ROTH IRA ROLLOVER ACCOUNT #1 | D | Int/Div | M | T | | | | | |
| 6. -Pershing Government Money Market Fund | | | | | | | | | |
| 7. -General Motors Accep Corp Smartnotes (7.125% due 8/15/12) | | | | | | | | | |
| 8. -General Motors Accep Corp Smartnotes (7.25% due 9/15/17) | | | | | | | | | |
| 9. -Deere & Co Stock | | | | | | | | | |
| 10. -General Motors Accep Corp Smartnotes (7% due 1/15/13) | | | | | | | | | |
| 11. -General Motors Accep Corp Smartnotes (0% due 11/15/2011) | | | | | Matured | 11/15/11 | K | B | |
| 12. -Lee Street Investors LLC Class B Units | | | | | | | | | |
| 13. RETIREMENT PLAN #2 | C | Interest | N | T | | | | | |
| 14. -CREF Stock Fund | | | | | | | | | |
| 15. -TIAA Traditional Annuities | | | | | | | | | |
| 16. ROTH IRA ROLLOVER ACCOUNT #3 | D | Int./Div. | M | T | | | | | |
| 17. -Pershing Government Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Neoprobe Corp Stock | | | | | Sold (part) | 06/08/11 | J | B | |
| 19. | | | | | Sold (part) | 06/15/11 | J | C | |
| 20.   -Genl Mtrs Accep Corp Smartnotes (7% due 01/15/13) | | | | | | | | | |
| 21.   -Knox Cnty, KY Hosp Bond (5.875% due 12/01/36) | | | | | | | | | |
| 22.   -Lee Street Investors LLC Class B Units | | | | | | | | | |
| 23.   -Caterpillar, Inc | | | | | Buy | 08/09/11 | K | | |
| 24.   IRA ROLLOVER ACCOUNT #6 | None | J | T | | | | | | |
| 25.   -Gateway Bank Of Pennsylvania Stock | | | | | | | | | |
| 26.   IMMEDIUS, INC CONV PREFERRED STOCK | None | J | T | | | | | | |
| 27.   IMMEDIUS, INC COMMON STOCK | None | J | T | | | | | | |
| 28.   MELLON BANK: ACCOUNTS | None | K | T | | | | | | |
| 29.   CITIZENS BANK: ACCOUNTS | None | J | T | | | | | | |
| 30.   MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | None | J | T | | | | | | |
| 31.   MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | None | J | T | | | | | | |
| 32.   NORTHWESTERN: WHOLE LIFE INS POLICY | None | J | T | | | | | | |
| 33.   METROPOLITAN LIFE: WHOLE LIFE POLICY | None | J | T | | | | | | |
| 34.   GENERAL AMERICAN: WHOLE LIFE POLICY | None | J | T | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 36. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 37. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 38. HUNTINGTON BANK ACCOUNT | | None | J | T | Open | | | | |
| 39. SIMPLE IRA ACCOUNT #1 (Part VIII) | A | Int./Div. | K | T | | | | | |
| 40. -Pershing Government Money Market Fund | | | | | Open | | | | |
| 41. -UBS AG London BRH Reverse Conv Note (17.08% due 1/4/12) | | | | | Buy | 10/12/11 | K | | |
| 42. BROKERAGE ACCOUNT #2 Part VIII) | | | | | | | | | |
| 43. -Federated PA Muni Cash (Money Market) | A | Dividend | M | T | Open | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 07/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information for Part VII (Investments and Trusts):

From prior years:

There is no Retirement Plan # 1

There is no IRA Rollover/Roth IRA Rollover Account # 2, 4 or 5

Current year:

New Accounts in 2011:

Line 39 - Simple IRA Account # 1

Line 42 - Brokerage Account # 2

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 07/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544